# State of New York
# Court of Appeals

This opinion is uncorrected and subject to revision before publication in the New York Reports.

No. 49
In the Matter of the Hon. Lurlyn A. Winchester,
a Justice of the Monroe Town Court, Orange County.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

On the Court's own motion, it is determined that Lurlyn A. Winchester is removed pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44 (8).  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided April 2, 2019